# MEMORANDUM DECISIONS.

ALBRING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Bertha Albring, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein.

ALEXANIAN v. ALEXANIAN. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Sarah M. Alexanian against Mihran H. Alexanian. No opinion. Motion granted, with $10 costs.

AUSTIN, Respondent, v. BARTLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Lena G. Austin against Rush L. Bartlett. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

In re BAKER'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) In the matter of the estate of Samuel F. Baker, a lunatic. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN, Respondent, v. HARDENBROOK, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Arthur L. Baldwin against David L. Hardenbrook. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Daniel Baldwin against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

BALTES, Appellant, v. UNION TRUST CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Fernando Baltes, as executor, against the Union Trust Company of New York. C. Haldane, for appellant. W. H. Peckham, for respondent. No opinion. Judgment affirmed, with costs, on opinion of court below. See 71 N. Y. Supp. 468.

BEAGLE et al., Respondents, v. CABLE, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Harvey Beagle and another against Edwin B. Cable. No opinion. Judgment unanimously affirmed, with costs. See 66 N. Y. Supp. 809.

BERNHEIMER v. SCHMID. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Simon E. Bernheimer against Josephine Schmid. No opinion. Motion granted.

In re BIEBER. (Supreme Court, Appellate Division, First Department. June 13, 1902.) In the matter of Joseph Bieber. No opinion. Motion denied, with $10 costs.

BIELING, Respondent, v. STINES et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Lottie M. Bieling against Carolina F. Stines and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re BIENENDFELD. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of the petition of the Brooklyn Bar Association to punish Charles Bienendfeld, an attorney. No opinion. Reference ordered to Henry M. Dater, Esq.

BIETZ, Respondent, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Melinda Bietz against the city of Auburn. No opinion. Judgment and order affirmed, with costs.

BISSING, Respondent, v. BILLUPS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Frank J. Bissing against Julia Billups. No opinion. Judgment affirmed, with costs.

In re BLANCHARD et al. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) In the matter of the application of Herman K. Blanchard and 'others for an order revoking the liquor tax certificate of John Sweeney. No opinion. Order affirmed, with $10 costs and disbursements.